## Commonwealth *v.* Vaughn, Appellant.

Before HENDERSON, P. J., without a jury.

Argued November 16, 1974. *Sherman K. Levine,* for appellant; *Paul W. Johnson,* Assistant District Attorney, with him *Donald E. Williams,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Waters, Appellant.

Before RIDGE, J., without a jury.

Argued November 15, 1974. *Charles N. Caputo,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *Charles W. Johns,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.